```
 1  J. Toney
    Attorney at Law
 2  State Bar No. 43143

 3  P.O. Box 1515
    Woodland, California 95776
 4  (530) 666-1908
    yoloconflict@aol.com
 5
    Attorney for Derrick Stampley
 6

 7                IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9  UNITED STATES OF AMERICA,       )
                                    ) Cr. No. 10-35 MCE
10         Plaintiff,                )
                                    ) STIPULATION AND
11     v.                           ) ORDER CONTINUING STATUS
                                    ) CONFERENCE (Dec. 1, 2011
12  DERRICK STAMPLEY,               ) before Judge England)
    et al                           )
13                                  )
                                    )
14         Defendants,              )
    _____)
15

16
         The parties continue to work toward resolution of this case.
17
    Defense Counsel is in trial and the U.S. Attorney in this case is
18
    out of State due to training. The parties therefore stipulate that
19
    the Status Conference be continued to Dec. 1, 2011 and ask that
20
    the Court so order. The parties also stipulate that time under
21
    the Speedy Trial Act be excluded for Counsel preparation, local
22
    code T4.
23
    Dated Nov. 14, 2011
24
       /s/ JASON HITT              /s/ J TONEY
25       Jason Hitt                  J Toney
    Assistant U S Attorney       Attorney for D. Stampley
26

27

28
                                    1
```

Good cause appearing, it is hereby ordered that the status
conference be continued to Dec. 1, 2011 at 9:00 AM and that the
period from Nov. 17, 2011 to Dec. 1, 2011 be excluded from
calculation under the Speedy Trial Act pursuant to 18 USC Sec.
3161 (h)(7)(A) and local code T4.

         The Court also finds that the ends of justice served by
granting defendant's request for a continuance outweigh the best
interest of the public and defendant in a speedy trial.

 Dated: November 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE