1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Derick Stampley
6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        ) No. 2:10-cr-00035-MCE
                                    )
10         Plaintiff,                )
                                    )
11    v.                            ) STIPULATION AND CORRECTED
                                    ) ORDER CONTINUING SENTENCING
12  DERRICK STAMPLEY                ) (April 12, 2012
                                    ) before Judge England)
13  et al                           )
                                    )
14                                  )
           Defendants,               )
15  _____ )

16

17     The parties and the Probation Officer assigned to this case

18  agree that more time is needed to address sentencing problems in

19  this matter. Part of the problem is due to the effect of conviction

20  of the Defendant for a crime committed after the crime charged in

21  case.  This other crime resulted in a conviction before the present

22  indictment.  It is believed that the indictment was delayed due to

23  the Government's desire to protect its informant. The question to

24  be resolved is whether this State conviction is a "prior convic-

25  tion" within the Sentencing guidelines.

26  ///

27  ///

28
                                    1

For these reasons, the parties stipulate the presently set sentencing date of February 23, 2012 be continued to April 12, 2012 and request the Court so order.

Respectfully submitted,

Dated February 14, 2012

| /s/ JASON HITT | /s/ J TONEY |
|---|---|
| Jason Hitt | J Toney |
| Assistant U S Attorney | Attorney for Derrick Stampley |

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that Defendant's Judgment and Sentencing be continued to April 12, 2012 at 9:00 AM.

Dated: February 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE