```
J. Toney
Attorney at Law
State Bar No. 43143
P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com
Attorney for Derrick Stampley
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:10-cr-00035-MCE |
| Plaintiff, | ) **STIPULATION AND** ORDER ) CONTINUING SENTENCING |
| v. | ) ) May 3, 2012 before |
| DERRICK STAMPLEY Defendant | ) Judge England ) ) |

This matter is now set for Sentencing on April 9, 2012 after the Court advanced it from the original date of April 12. Unfortunately, Defendant's Attorney cannot be present on that date because of two criminal matters in Woodland. The parties therefore stipulate that the sentencing be continued to May 3, 2012 and request the Court so order.

Dated April 4, 2012

   /s/ JASON HITT                          /S/ J TONEY

    Jason Hitt                                J Toney
Assistant U.S. Attorney           Attorney for Defendant

IT IS SO ORDERED.

Dated: April 9, 2012

                                                 MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1