J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Derrick Stampley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:10-cr-00035-MCE |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING SENTENCING |
| v. | ) (CORRECTED) |
| | ) May 10, 2012 at 9:00 AM |
| DERRICK STAMPLEY | ) before |
| Defendant | ) Judge England |

This matter is now set for Sentencing on May 3, 2012 pursuant to a stipulation and order submitted by the Defendant. Due to an error by the attorney for Mr. Stampley, the stipulation was incorrect. The proper date for which all parties are available is May 10, 2012. Counsel for Mr Stampley apologizes for the error. The parties now stipulate the sentencing be continued to May 10, 2012 and request the Court so order.

Respectfully submitted.

Dated: April 16, 2012

                                            /s/ JASON HITT
                                            Jason Hitt
                                   Assistant U.S. Attorney

1

```
                                  /s/ J TONEY
                                     J Toney
                            Attorney for Derrick Stampley


    IT IS SO ORDERED.

Dated: April 17, 2012


                            _____
                            MORRISON C. ENGLAND, JR.
                            UNITED STATES DISTRICT JUDGE
```